NINTH JUDICIAL DISTRICT COURT IN AND FOR THE PARISH OF RAPIDES

STATE OF LOUISIANA

CIVIL SUIT NUMBER 236,108                                  DIVISION "A"

**JOSHUA DEAL and WENDY DEAL**

**versus**

**REPUBLIC FIRE & CASUALTY INSURANCE COMPANY**

FILED: _____ : _____ DY. CLK.

**PETITION FOR DAMAGES**

The petition of Joshua Deal ("Joshua"), and his wife, Wendy Deal ("Wendy") (sometimes jointly "the plaintiffs"), both persons of the full age of majority and residents of and domiciled in Rapides Parish, Louisiana, with respect represents as follows:

1.

(PARTIES DEFENDANT)

Made defendant herein is REPUBLIC FIRE & CASUALTY INSURANCE COMPANY ("Republic"), a foreign insurer, authorized to do and doing business in the State of Louisiana, upon whom service of process may be made as hereafter stated.

2.

(JURISDICTION AND VENUE)

Jurisdiction and venue in this action are based upon the following facts:

a) Jurisdiction is proper in the State of Louisiana as to Republic under the provisions of LSA-C.C.P. Art. 6(B) and LSA-R.S. 13:3201 et. seq., because this cause of action is based upon an offense or quasi offense committed through an act and/or omission in this state, and

*Law Offices of*
*Henry H. Lemoine, Jr.*
*607 Main Street*
*Pineville, Louisiana 71360*

1

STAMP COPY RETURNED

EXHIBIT B

     is further based upon a contract of insurance issued upon property in this state.

  b) Venue is proper in Rapides Parish, Louisiana, because the grounds giving rise to the cause of action of the Plaintiffs were committed or occurred in this parish.

3.

(UNDERLYING FACTS)

3.1 Joshua and Wendy are the owners of a tract of immovable property located in Rapides Parish, Louisiana, which has a physical address of 811 Williams Lake Road, Pineville, Louisiana 71360 ("the Deal property").

3.2 Upon the Deal property once was located the home of the Plaintiffs, wherein they have resided together ("the home").

3.3 The home and most of its contents were destroyed by hurricane and/or severe weather on September 1, 2008.

3.4 At all times pertinent hereto, the Plaintiffs resided upon the Deal property.

3.5 At all times pertinent hereto, Republic had issued policy number HI1 0719317 05 ("the policy"), which insured the Deal property with the following coverages:

| | | |
|---|---|---|
| A. | Dwelling | $ 258,300.00 |
| B. | Other Structure | $ 25,830.00 |
| C. | Personal Property | $ 129,150.00 |
| D. | Loss of Use | $ 51,660.00 |

3.6 Plaintiffs have filed a proof of loss and have otherwise complied with the provisions of the policy, making formal claim for the payment of damages for loss to them, pursuant to the terms of the policy.

3.7 Despite full compliance with the terms of the policy, Republic has failed and refused to pay the sums due under the policy.

4.

(CAUSES OF ACTION)

4.1   Republic has breached its contractual obligations under the policy.

4.2   Republic has failed and refused, in an arbitrary and capricious manner, to deal in good faith with the plaintiffs or to properly adjust their claims under the policy.

4.3   Specifically, Republic has breached the following duties:

(a)   The duty of good faith and fair dealing;

(b)   The affirmative duty to adjust claims fairly and promptly and to make a reasonable effort to settle claims with the insured or the claimant, or both.

(c)   Failing to pay the amount of the claim of the plaintiffs due to them by virtue of their contract of insurance within sixty days after receipt of satisfactory proof of loss from the claimants, in that such failure is arbitrary, capricious, and without probable cause.

5.

(DAMAGES OF PLAINTIFFS)

5.1   As the result of the aforementioned damages to the home of the Plaintiffs, they have sustained the following loss and damages:

(1)   The loss of their home;

(2)   The loss of their possessions; and

(3)   Mental distress, past and future.

5.2   Plaintiffs are also entitled to all statutory penalties and attorney fees that may be awarded under Louisiana law.

WHEREFORE, Plaintiffs pray that, after all legal delays and due proceedings had, there be judgment herein in their favor and against Republic for such amounts as are designed to adequately compensate plaintiffs for their respective losses, together with legal interest thereon from date of judicial demand until paid, for all attorney fees and penalties due under Louisiana law, and for all costs of these proceedings.

Respectfully submitted,

LEMOINE & WAMPLER

_____
Henry H. Lemoine, Jr.        (#08306)
607 Main Street
Pineville, LA 71360
Telephone: 318.473.4220
Facsimile:  318.473.9031

SERVICE INFORMATION:

Republic Fire and Casualty Insurance Company

(Hold service at this time until further instructions are provided)

[Stamp: FILED & RECORDED, CAROLYN J. RYLAND, CLERK OF COURT; BY CLERK & RECORDER RAPIDES PARISH LA; '09 AUG 31 AM 10:46]

STATE OF LOUISIANA, PARISH OF RAPIDES
I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE AND OF RECORD IN THIS OFFICE.
IN FAITH WHEREOF, WITNESS MY HAND AND SEAL OF OFFICE, AT ALEXANDRIA, LOUISIANA, THIS _____ DAY OF _____ A.D. 20__
CAROLYN J. RYLAND, CLERK OF COURT
BY _____
DY. CLERK OF COURT